253 So.2d 782

**In re NATIONAL SECURITY FIRE & CASUALTY INSURANCE CO., a Corporation,**

v.

**David BRANNON.**

**Ex parte David BRANNON.**

**8 Div. 452.**

Supreme Court of Alabama.

Oct. 21, 1971.

Robert M. Hill, Jr., Florence, for petitioner.

Charles Rosser, Tuscumbia, opposed.

McCALL, Justice.

Petition of David Brannon for Certiorari to the Court of Civil Appeals to review

and revise the judgment and decision of that Court in National Security Fire & Casualty Insurance Company, a Corporation v. Brannon, 47 Ala.App. 319, 253 So.2d 777.

Writ denied.

COLEMAN, HARWOOD, BLOOD-WORTH and MADDOX, JJ., concur.